**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re

_____

Debtor(s).

Case No.: _____

Judge: _____

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

---

**For time incurred in Chapter 13 cases prior to August 1, 2006, for which supplemental fees are sought, you must utilize the alternate version of Local Form 13 as has been designated for that purpose on the Court's web site: www.njb.uscourts.gov.**

---

_____, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

| | | |
|---|---|---|
| ____ | Prosecution of motion on behalf of debtor. | $1500.00 |
| | Nature of motion: _____ | |
| | Hearing date(s): _____ | |
| ____ | Defense of motion on behalf of debtor (Including filing Objection to Creditor's or Trustee's Certification of Default). | $1600.00 |
| | Nature of motion: _____ | |
| | Hearing date(s): _____ | |

| | | |
|---|---|---|
| ____ | Additional court appearance(s). (Not to exceed three). | $300.00 |
| | Purpose: _____ | |
| | _____ | |
| | Hearing date(s): _____ | |
| | _____ | |
| ____ | Filing and appearance on a modified Chapter 13 Plan. | $300.00 |
| ____ | Preparation of Wage Order | $100.00 |
| ____ | Preparation and filing of Amendments to Schedules D, E, F or List of Creditors | $100.00 |
| ____ | Preparation and filing of other amended schedules | $100.00 |
| ____ | Preparation and filing of Application for Retention of Professional | $200.00 |
| ____ | Preparation and filing of Notice of Sale or Settlement of Controversy | $100.00 |

### **NON-STANDARD FEES**

> Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail: _____

_____

_____

_____

2. To date, in this case:

    I have applied for fees (including original retainer) in the amount of: _____

    To date, I have received: _____

3. I seek compensation for services rendered in the amount of $ _____ payable:

    ____ through the chapter 13 plan as an administrative priority.

    ____ outside the plan.

4.   ❏    This allowance will not impact on plan payments.

    ❏    This allowance will impact on plan payments.

    Present plan:    $ _____ per month for _____ months.

    Proposed Plan:    $ _____ per month for _____ months.

I certify that I have not filed any fee application within the last 90 days.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____     _____
                                                         Signature of applicant

*Local Form 13.rev.8/1/06.jml*